

# United States District Court
# Eastern District of California

| Kubota Tractor Corporation |
|---|

Plaintiff(s)

V.

| National Union Fire Insurance Company, et al |
|---|

Defendant(s)

Case Number: 2:25-CV-01009-DAD-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, R. Brantley Adams hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

On 09/28/2017 (date), I was admitted to practice and presently in good standing in the Supreme Court of Mississippi (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/21/2025        Signature of Applicant: /s/ R. Brantley Adams

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | R. Brantley Adams |
| Law Firm Name: | Carroll Warren & Parker PLLC |
| Address: | 4270 I-55 North, Suite 200 |
| City: | Jackson    State: MS    Zip: 39211 |
| Phone Number w/Area Code: | (601) 592-1010 |
| City and State of Residence: | Madison, Mississippi |
| Primary E-mail Address: | badams@cwplaw.com |
| Secondary E-mail Address: | apicou@cwplaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jonathan Gross |
| Law Firm Name: | MOUND COTTON WOLLAN & GREENGRASS LLP |
| Address: | 2200 Powell Street, Suite 1050 |
| City: | Emeryville    State: CA    Zip: 94608 |
| Phone Number w/Area Code: | (510) 616-9375    Bar #: 122010 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: Apri 25, 2025

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT